# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

NORMAN LEE, JR., Petitioner,

*Plaintiff(s)*
v.
JENNIFER SAAD, Warden, FCI Gilmer, Respondent.

*Defendant(s)*

Civil Action No. 5:18-CV-181

FILED
AUG -2 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

other: .

This action was:
☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED in its entirety; the Writ of Habeas Corpus under 28 U.S.C. Section 2241 is DENIED; Petitioner's Objections are OVERRULED; and this civil action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the active docket of this Court;

.

Date: August 2. 2019

*CLERK OF COURT*
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*